## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CHESTER DOWNS & MARINA, LLC D/B/A HARRAH'S PHILADELPHIA CASINO AND RACETRACK | : No. 136 MM 2018 |
| | : |
| | : Emergency Application for Stay |
| v. | : |
| | : |
| CATHERINE ROBERTS AND KRISTEN CLEMENTS | : |
| | : |
| v. | : |
| | : |
| COURT OF COMMON PLEAS, DELAWARE COUNTY HONORABLE JUDGE G. MICHAEL GREEN | : |
| | : |
| PETITION OF: CHESTER DOWNS & MARINA, LLC D/B/A HARRAH'S PHILADELPHIA CASINO AND RACETRACK | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of August, 2018, the emergency application to stay proceedings pending disposition of petition for review in the Superior Court is **DISMISSED AS MOOT** as the Superior Court has disposed of the petition for review. *See* Superior Court Docket at 92 EDM 2018 (reflecting the court's *per curiam* order denying the petition for review dated August 23, 2018).

Justice Todd did not participate in the consideration or decision of this matter.